**DISMISS; and Opinion Filed August 5, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00058-CR

### EDDIE DAVENPORT, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-39882-R**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Myers and Brown
Opinion by Chief Justice Wright

Eddie Davenport was convicted, following the adjudication of his guilt, of indecency with a child. The trial court assessed punishment, enhanced by two prior felony convictions, at twenty-five years' imprisonment. Sentence was imposed in open court on December 10, 2014. Appellant filed an untimely motion for new trial on January 14, 2015.[1] *See* TEX. R. APP. P. 21.4(a) (motion for new trial to be filed no later than thirty days after sentence imposed in open court). Absent a timely motion for new trial, appellant's notice of appeal was due by January 9, 2015. *See* TEX. R. APP. P. 26.2(a)(1). Appellant filed his notice of appeal on January 14, 2015. Although the notice of appeal was filed within the fifteen-day extension period provided by rule 26.3, appellant did not file an extension motion in this Court within the same fifteen-day period.

---

[1] The motion for new trial recites that it was being filed more than thirty days after sentence was imposed. Additionally, appellant's brief raises the jurisdictional issue before presenting its issues regarding modification of the trial court's judgment.

*See* TEX. R. APP. P. 26.3(b); *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (per curiam) (notice of appeal and extension motion must be filed within fifteen-day period under rule 26.3); *Olivo v. State*, 918 S.W.2d 519, 522, 525 (stating jurisdiction in criminal cases may not be "substantially invoked"; holding that if both notice of appeal and extension motion are not filed within fifteen-day period of rule 26.3, court of appeals lacks jurisdiction over appeal). Accordingly, we lack jurisdiction over the appeal.

We dismiss the appeal for want of jurisdiction.


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

Do Not Publish
TEX. R. APP. P. 47

150058F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

EDDIE DAVENPORT, Appellant

No. 05-15-00058-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 265th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F13-39882-R.
Opinion delivered by Chief Justice Wright,
Justices Myers and Brown participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.


Judgment entered this 5th day of August, 2015.